**Order entered July 2, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01659-CV

### ESTATE OF CLOYD D. YOUNG, DECEASED

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-09-02344-1**

## ORDER

We **GRANT** appellee's July 1, 2013 second agreed motion for an extension of time to

file a brief.  Appellee shall file her brief on or before July 31, 2013.

/s/     ELIZABETH LANG-MIERS
        JUSTICE